

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 48TH DISTRICT COURT OF TARRANT COUNTY, GREETINGS:

On March 13, 2025, the Court of Appeals for the Fifteenth District of Texas affirmed as modified your judgment in the following case:

Crowley Independent School District v. Carl Stoneham, and Mike Morath, in His Official Capacity as Commissioner of Education of Texas

Court of Appeals No. 15-24-00051-CV
Trial Court No. 048-336026-22

The Court of Appeals entered the following judgment or order:

This Court today heard a motion for rehearing filed by appellant. We order the motion be granted in part, and that the Court's former judgment of November 19, 2024 be vacated, set aside, and annulled. We further order this Court's opinion of November 19, 2024, withdrawn.

This cause, an appeal from the judgment in favor of appellees, Carl Stoneham, and Mike Morath, in his Official Capacity as Commissioner of Education of Texas, signed, October 30, 2023, was heard on the appellate record. On original submission we reversed the trial court's award of attorney's fees and remanded to the trial court

for proceedings in accordance with this court's opinion. In response to appellant's motion for rehearing, appellee Carl Stoneham withdrew his request for attorney's fees. We therefore **MODIFY** the judgment of the court below to delete the award of attorney's fees.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 23, 2025.

**CHRISTOPHER A. PRINE, CLERK**